IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROMANTIC TOURS, INC.,
a Florida corporation,

    Plaintiff,

v.                                          CASE NO: 8:10-CV-2321-T23TBM

ANASTASIA INTERNATIONAL, INC.,
A Kentucky corporation,

Defendant,
_____/

## NOTICE OF MEDIATION

Pursuant to the Court's Order, the parties have scheduled a Mediation as follows:

| Date/Time | Mediator | Place |
|---|---|---|
| July 12, 2011<br>9:30 a.m. | Peter J. Grilli | Peter J. Grilli, P.A.<br>3001 West Azeele Street<br>Tampa, FL 33609 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 15, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to Jeffrey S. Boyles, Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A., 255 South Orange Avenue, Suite 1401, Orlando, Florida 32802.

    /s/ Joseph J. Weissman
JOSEPH J. WEISSMAN, FBN 0041424
(Trial Counsel)
JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP
403 East Madison Street, Suite 400
Tampa, Florida 33602
E-Mail: josephw@jpfirm.com
(813) 225-2500
(813) 223-7118