UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROMANTIC TOURS, INC.,
a Florida corporation,

    Plaintiff,

v.

ANASTASIA INTERNATIONAL, INC.,
a Kentucky Corporation,

    Defendant.

CASE NO: 8:10-cv-02321-SDM-TBM

### RESPONSE TO COUNTERCLAIMS AND AFFIRMATIVE DEFENSES

Plaintiff/Counter-Defendant ROMANTIC TOURS, INC. ("RTI"), answers the Counterclaims of Defendant/Counter-Plaintiff Anastasia International, Inc. ("Anastasia") as follows.

### PARTIES

1. Admitted that Anastasia is a Kentucky corporation. Otherwise, without knowledge.

2. Admitted.

### JURIDICTION AND VENUE

3. Admitted that subject matter jurisdiction exists.

4. Admitted that personal jurisdiction exists.

### FIRST COUNTERCLAIM

5. Responses to paragraphs 1 through 4 above are hereby incorporated.

6. Admitted that Anastasia purports to bring the indicated counterclaim, but denied that the counterclaim has any validity.

7. Admitted that RTI brought claims for the indicated causes of action.

8. Denied.

9. Admitted that a justiciable controversy exists for the four indicated claims in RTI's complaint.

10. Admitted only that Anastasia purports to seek a judicial determination of its rights and liabilities, but denied that the counterclaim has any validity.

## SECOND COUNTERCLAIM

11. Responses to paragraphs 1 through 10 above are hereby incorporated.

12. Admitted that Anastasia purports to bring the indicated counterclaim, but denied that the counterclaim has any validity.

13. Admitted that RTI brought claims for the indicated cause of action and that Anastasia has standing to petition for cancellation. Otherwise denied.

14. Denied.

15. Denied.

16. Denied.

17. Admitted only that Anastasia purports to seek a judicial determination of its rights and liabilities, but denied that the counterclaim has any validity.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Anastasia's First and Second Counterclaims fail to state a claim upon which relief may be granted.

### Second Affirmative Defense

Anastasia's Second Counterclaim is barred under the doctrines of waiver, acquiescence, laches and/or estoppel.

### Third Affirmative Defense

Given its allegation that RTI's registrations were invalid because the marks HOT RUSSIAN BRIDES and HOTRUSSIANBRIDES.COM (the "Marks") were allegedly merely descriptive at the time of their registrations, Anastasia has waived any ability to argue that its alleged previous use of the term "russianbrides.com" could have resulted in rights superior to RTI in the Marks.

### Fourth Affirmative Defense

The federal registrations for the Marks constitute *prima facie* evidence of their validity. Anastasia's allegations are insufficient to overcome this *prima facie* evidence.

### Fifth Affirmative Defense

Even if the Marks were merely descriptive as of their dates of registration, RTI had developed sufficient secondary meaning/acquired distinctiveness in the marks to permit registration pursuant to Lanham Act §2(f).

### Sixth Affirmative Defense

Anastasia's counterclaims are barred under the doctrine of unclean hands.

### Seventh Affirmative Defense

Anastasia's conduct that is the subject of RTI's claim for tortious interference does not constitute legitimate competition.

**WHEREFORE**, RTI respectfully requests that judgment be entered against Anastasia on its counterclaims, that the Lanham Act allegations made therein be considered an exceptional case entitling RTI to its reasonable attorney's fees, that the Court award RTI its costs and that the Court grant such other relief for RTI as it sees fit.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2011, a true and correct copy of the foregoing has been served by U.S. Mail to Jeffrey S. Boyles, Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A., 255 South Orange Avenue, Suite 1401, Orlando, Florida 32802 and Craig B. Bailey, Fulwider Patton LLP, 6060 Center Drive, 10th Floor, Los Angeles, California 90045.

/s/ Joseph J. Weissman
JOSEPH J. WEISSMAN, FBN 0041424
(Trial Counsel)
JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP
403 East Madison Street, Suite 400
Tampa, Florida 33602
E-Mail: josephw@jpfirm.com
(813) 225-2500
(813) 223-7118

CHARLES A. JONES, Esq.
STEVEN W. McNUTT, Esq.
TROUTMAN SANDERS LLP
401 9th Street, NW
Washington, DC 20004
(202) 662-2074
(202) 662-2069

*Attorneys for Plaintiff*

#141009

4