**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ROMANTIC TOURS, INC.,
a Florida corporation,

        Plaintiff,

vs.                                  CASE NO.   8:10-cv-02321-SDM-TBM

ANASTASIA INTERNATIONAL, INC.,
a Kentucky corporation,

        Defendants.     /

## JOINT MOTION TO EXTEND DEADLINES

Plaintiff Romantic Tours, Inc. and Defendant Anastasia International, Inc., through their respective counsel, hereby jointly move to extend (i) the discovery deadline from August 15, 2011 to September 15, 2011, and (ii) the deadline to conduct mediation from July 22, 2011 to August 24, 2011, and state as follows:

1. On January 1, 2011, the Court entered a Case Management and Scheduling Order (Dkt. 24) setting the discovery deadline in this matter on August 15, 2011. The parties are working together to coordinate discovery efforts, including scheduling depositions of witnesses located out of state, and believe that a brief extension of the discovery deadline to September 15, 2011 will better able the parties to complete necessary discovery. The requested extension will not affect the dispositive motion deadline in September or the present December trial term.

2. On January 28, 2011, the Court entered an Order Referring Case to Mediation (Dkt. 25) and set a deadline for mediation of July 22, 2011. The parties subsequently scheduled mediation for July 12, 2011. (*See* Dkt. 27). The parties have recently discussed settlement informally and do not believe that sufficient discovery has been completed to conduct a meaningful mediation. The parties believe that a mediation deadline of August 24, 2011 would provide sufficient opportunity to complete certain discovery necessary to mediate more productively.

3. Pursuant to the Court's Order Referring Case to Mediation (Dkt. 25), the parties have conferred with the appointed mediator, Peter J. Grilli, and confirmed his availability for mediation on August 24, 2011.

Wherefore, the parties jointly request the Court Order that the discovery deadline be extended to **September 15, 2011**, and the mediation deadline be extended to **August 24, 2011**.

Respectfully submitted July 5, 2011

| | |
|---|---|
| */s/Joseph J. Weissman* | */s/Jeffrey S. Boyles* |
| Joseph J. Weissman, Esq. | Jeffrey S. Boyles |
| Florida Bar # 41424 | Florida Bar # 72230 |
| josephw@jpfirm.com | jboyles@addmg.com |
| Johnson, Pope, Bokor, | Allen, Dyer, Doppelt, |
| Ruppel & Burns, LLP | Milbrath & Gilchrist, P.A. |
| P.O. Box 1100 | 255 South Orange Avenue, Ste.1401 |
| Tampa, FL 33601-1100 | Orlando, FL 32802-3791 |
| | |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |
| **ROMANTIC TOURS, INC.** | **ANASTASIA INTERNATIONAL, INC.** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2011, the foregoing was submitted for filing to the Clerk of the District Court by using the Case Management/Electronic Case Filing ("CM/ECF"), which will send a Notice of Electronic Filing to the following CM/ECF participants:

Joseph J. Weissman, Esq.
Johnson, Pope, Bokor,
Ruppel & Burns, LLP
P.O. Box 1100
Tampa, FL 33601-1100

Charles A. Jones
Troutman Sanders, LLP
401 Ninth St NW
Suite 1000
Washington, DC 20004-2134

**Attorneys for Plaintiff**

                                              */s/Jeffrey S. Boyles*
                                              Jeffrey S. Boyles