**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROMANTIC TOURS, INC.,**
a Florida corporation,

    **Plaintiff,**

v.                             **Case No. 8:10-cv-2321-T-23TBM**

**ANASTASIA INTERNATIONAL, INC,**
a Kentucky corporation,

    **Defendant.**
_____/

## MEDIATION REPORT

    In accordance with the Court's mediation order, a mediation conference was held on August 24, 2011.  Plaintiff's corporate representatives and trial counsel and Defendant's corporate representative and trial counsel attended and participated.  Each representative possessed the requisite settlement authority.

    <u>The parties have reached an impasse.</u>

    Done August 24, 2011 in Tampa, Florida.

                                          Respectfully submitted,

                                          <u>/s/ Peter J. Grilli</u>
                                          Peter J. Grilli, Esq.
                                          Florida Bar No. 237851
                                          Mediator
                                          3001 West Azeele Street
                                          Tampa, Florida 33609
                                          813.874.1002   Fax: 813.874.1131
                                          email: meditr@aol.com

    I HEREBY CERTIFY that August 24, 2011 I electronically filed the foregoing document with the United States District Court, 801 North Florida Avenue, Tampa, Florida 33602 which will electronically send copies to counsel of record.

                                  /s/ Peter J. Grilli  
                                  Peter J. Grilli, Esq.